UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 17 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 04-126-03(EGS) |
| **LUIS HERNAN GOMEZ BUSTAMONTE,** ) | |
| a.k.a. "Rasguño," ) | |
| ) | |
| **Defendant.** ) | |

## STATEMENT OF FACTS

The United States of America, by and through the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, and the United States Attorney's Office for the Southern District of New York (hereinafter referred to as the "United States" or "government") and Luis Hernan Gomez Bustamonte (hereinafter referred to as the "defendant") hereby submit this Statement of Facts in support of the defendant's guilty plea.

1. If this case were to go to trial, the government would prove that the defendant was one of the leaders of the Norte Valle Cartel, a criminal organization based in Colombia that, between 1990 and the date of the indictment, was one of the most powerful cocaine trafficking organizations in Colombia, responsible for exporting more than 500 tons of cocaine from Colombia to Mexico and ultimately to the United States.

2. The Government would prove that, during the time period alleged in the indictment, this defendant, Luis Hernandez Gomez-Bustamante, jointly controlled the cartel's cocaine importation and distribution activities and its laundering of narcotics proceeds. The Government would show that the defendant trafficked with his co-defendants in pooled, multi-ton loads of cocaine that left the west coast of Colombia in route to Mexico and then to the U.S., including a

1997 shipment of approximately 10,000 kilograms of cocaine.

3. The Government would also show that the defendant and his co-defendants jointly laundered the proceeds of their drug shipments, arranging for individuals in the U.S. to collect drug proceeds and repatriate the money to Colombia, by hiding it in paper products, televisions and electronics equipment sent from Mexico to Colombia.

4. The acts taken by the defendant in furtherance of the crimes charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. During the course of the conspiracy the defendant was responsible for, and reasonably foresaw, the distribution of more than 150 kg of cocaine.

Respectfully submitted,

Wayne Raabe, Acting Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Criminal Division

Glenn Alexander
Trial Attorney
U.S. Department of Justice

DATE: OCT. 17, 2008

Boyd Johnson
Assistant U.S. Attorney
Southern District of New York

DEFENDANT'S ACKNOWLEDGMENT

I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 10.17.08.

Luis Hernan Gomez Bustamonte
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it fully with my client. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 10-17-08

Humberto Dominguez, Esquire
Attorney for Mr. GomezBustamonte

3